**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Jimmie JONES, Defendant-Appellant.**

**No. 47227.**

Missouri Court of Appeals,
Eastern District,
Division Eight.

Nov. 13, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Dec. 18, 1984.

Cynthia S. Holmes, St. Louis, for defendant-appellant.

John Ashcroft, Atty. Gen., Jefferson City, for plaintiff-respondent.

**ORDER**

PER CURIAM:

Appeal following a verdict by a jury finding Jones guilty of robbery in the first degree § 569.020, RSMo 1978, and kidnapping § 565.110, RSMo 1978. The sentence was twenty years imprisonment on the robbery charge and five years on the kidnapping charge with the sentences to be served consecutively.

Judgment affirmed. Rule 30.25(b).

All concur.